In the Matter of RSM WEST LAKE ROAD LLC et al., Respondents, v TOWN OF CANANDAIGUA ZONING BOARD OF AP-

PEALS et al., Respondents, and AL KRAUS et al., Appellants. [869 NYS2d 847]— Present—Scudder, P.J., Smith, Centra, Peradotto and Pine, JJ.